**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Mark H. Vance, | ) | Case No: 4:17-cv-02226-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Fred T. Combs, individually and as agent of Unifirst Corporation, and Unifirst Corporation, | ) ) ) | |
| | ) | |
| Defendants. | | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned attorneys hereby stipulate and agree on behalf of their respective clients that the above-captioned case is dismissed with prejudice.

*(SIGNATURE PAGE TO FOLLOW)*

2

**WE SO CONSENT:**

GALLIVAN, WHITE & BOYD, P.A.

/s/ Gray T. Culbreath
Gray T. Culbreath, Federal Bar #05647
Ashley B. Stratton, Federal Bar #10508
Post Office Box 7368
Columbia, SC  29202
gculbreath@gwblawfirm.com
astratton@gwblawfirm.com
(803) 724-1751 Ofc
(803) 779-1767 Fax

Attorneys for Defendants UniFirst Corp.
and Fred T. Combs

**WE SO CONSENT:**

THE CHANDLER LAW FIRM

/s/Jeffrey C. Chandler
Jeffrey C. Chandler, Federal Bar #10626
Amy B. Kalbaugh, Federal Bar # 12833
PO Drawer 1889
Myrtle Beach, SC 29578
jeffcchandler@aol.com
amy.chandlerlaw@gmail.com
(843) 448-4357 Ofc
(843) 448-4005 Fax

Attorneys for Plaintiff Mark H. Vance